UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNEAN P. STOKES-GUADAGNI,<br><br>                      Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATE LOAN TRUST 2007-24 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-24 C/O BAYVIEW LOAN SERVICING, LLC, et al.<br><br>                      Defendants. | Case No.: 18cv1900-CAB-RBB<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br>**[Doc. No. 2]** |

       This matter comes before the court on Plaintiff Stokes-Guadagni's motion to proceed in forma pauperis ("IFP"). [Doc. No. 2.] For the following reasons, Plaintiff's motion is denied.

       Generally, all parties instituting a civil action in this court must pay a filing fee. *See* 28 U.S.C. § 1914(a); CivLR 4.5(a). But the court may authorize a party to proceed without paying the fee if that party submits an affidavit demonstrating an inability to pay. 28 U.S.C. § 1915(a). "An affidavit in support of an IFP application is sufficient where it alleges that

the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted).

According to his affidavit, Plaintiff earns $2,576.00 per month ($2,227.00 take-home) as a self-employed consultant. [Doc. No. 2 at 1.] Plaintiff's monthly expenses are $2,105, which is less than his take-home pay. [Doc. No. 2 at 2, ¶6.]

Based on the information provided, the court is not persuaded that Plaintiff lacks the funds to pay the filing fee and "still afford the necessities of life." *Escobedo*, 787 F.3d at 1234. Plaintiff's motion to proceed IFP [Doc. No. 2] is therefore **DENIED**. Plaintiff must pay the filing fee no later than **August 31, 2018**, or the complaint will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 16, 2018

Hon. Cathy Ann Bencivengo
United States District Judge