UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNEAN P. STOKES-GUADAGNI,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATE LOAN TRUST 2007-24 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-24 C/O BAYVIEW LOAN SERVICING, LLC,<br><br>　　　　　　　　　Defendant. | Case No.:  18cv1900-CAB-RBB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On August 15, 2018, Plaintiff Dnean P. Stokes-Guadagni ("Plaintiff") filed a complaint against Defendant The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certicateholders of the CWALT, Inc., Alternate Loan Trust 2007-24 Mortgage Pass-Through Certificates, Series 2007-24 ("Defendant"). [Doc. No. 1.] On October 1, 2018, Defendant filed a motion to dismiss the complaint. [Doc. No. 6.] Plaintiff has not filed an opposition to the motion to dismiss.

On November 2, 2018, Plaintiff filed a Notice of Stay of Proceedings ("Notice"), indicating that, also on November 2, 2018, Plaintiff filed a voluntary petition for relief under Title 11, Chapter 7 Bankruptcy in the United States Bankruptcy Court for the Southern District of California. According to the Notice, this case is now automatically stayed, presumably pursuant to 11 U.S.C. §362(a). *Id.* at 2. However, the automatic stay provision of Section 362(a) does not apply to actions initiated by the debtor. *In re Merrick*, 175 B.R. 333, 336 (9th Cir. 1994). Once a bankruptcy petition is filed, a prepetition suit brought by the debtor becomes property of the bankruptcy estate, thus making the trustee the "real party in interest." Because Plaintiff is no longer the "real party in interest," she does not appear to have standing to pursue this action. *See Cobb v. Aurora Loan Services,* 408 B.R. 351 (E.D. Cal. 2009); *Hernandez v. Downey Sav. & Loan Ass'n*, 2009 WL 704381, at *3-4 (S.D. Cal. 2009).

On November 6, 2018, this Court issued an Order to Show Cause ("OSC") and required Plaintiff to show cause why this case should not be dismissed for lack of standing. Plaintiff was ordered to file a written brief setting forth why the case should not be dismissed for lack of standing by November 21, 2018. To date, nothing has been filed.

Accordingly, the OSC hearing set for December 6, 2018 is **VACATED** and the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: November 30, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge